UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSHUA G. STEGEMANN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No.: 9:21-ω-949

C O M P L A I N T

U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
AUG 2 3 2021
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

## INTRODUCTION

1. This is a lawsuit pursuant the Federal Tort Claims Act (FTCA) sounding in deliberate indifference, medical malpractice, and negligence, and seeking five-hundred million ($500,000,000) dollars for loss of renal function and damage to my life-sustaining organs, impaired kidney function, damage to my genitourinary system, associated pain and suffering, and reduced lifespan and quality of life.

## JURISDICTION

2. This Court has jurisdiction over this lawsuit pursuant 28 U.S.C. §§ 1346(b)(1), 2679.

## EXHAUSTION OF REMEDIES

3. The FTCA provides that a claim against a Federal agency, its servants, and employees be filed within two (2) years of the claim's accrual. Once filed, the claim may be resolved by the defendant within six (6) months. If it is not, or if it is denied, the claimant may file suit in court. A claim may be amended while pending; but, once denied, no further amendments are available. 28 C.F.R. § 14.2

4. On December 29, 2020 I filed my initial claim with the Federal Bureau of Prisons (FBOP). I filed an amended claim on May 7, 2021, and another amended claim

1

on July 6, 2021.  The FBOP denied my claim on August 13, 2021.

## THE OPERATIVE FACTS

5. Back in 2017 FCI-Berlin doctor Pamela Pedersen discovered that I suffered from kidney disease/reduced renal function.  Dr. Pedersen never disclosed this serious medical condition to me.  Over the years, I complained of painful symptoms in my genitourinary system, i.e. my penis, testacles, and bladder.  These symptoms went undiagnosed and untreated.  In 2020 I was moved from FCI-Berlin to FCI-Ray Brook, in the midst of the COVID pandemic, on a quarantine-in/quarantine-out procedure.  After a negative COVID test I was placed into general population at FCI-Ray Brook.  In the Fall of 2020 FCI-Ray Brook began housing holdover prisoners in transitory confinement pending final placement within the FBOP.  Many of these prisoners came from local jails and holding  facilities.  These prisoners were not tested for COVID nor properly quarantined and COVID infection tore through FCI-Ray Brook.  In December 2020 I was infected with COVID and suffered excruciating headaches and muscle spasms/pain.  I lost my sense of taste and smell.  I was moved into a quarantine cellblock teeming with other COVID victims.  I was told by staff that if  I reported symptoms or complained I would be left in the quarantine cellblock indefinitely.  Prisoners in the quarantine cellblock were only let out of their cells for 20 minutes every other day, and fed undersized portions consisting of peanutbutter, boiled eggs, and 2 slices of bread.  In March 2021 I began experiencing serious genitourinary system pain and abdominal pain.  I reported this to staff and was told to drink excessive amounts of water and take over-the-counter medication.  I persisted in my complaints to staff.  After more complaining and blood tests, staff reported to me that I suffered from reduced renal function/ kidney disease and that I had suffered with same since February 2017.  I was given no treatment nor information about my disease and I have never been allowed to see an actual doctor about my disease, symptoms, nor potential treatments.  I am

2

still suffering from exceedingly painful symptoms in my genitourinary system, including an inability to urinate properly, excessive urination, pain in my penis, kidneys, and abdomen, and severe muscle cramping/twitching. My quality of life is severly diminished and my lifespan is drastically reduced.

6. The FBOP was aware of my reduced renal function/kidney disease back in 2017. Nevertheless, it was not disclosed to me. My genitourinary system pain and painful urination went undiagnosed and untreated for many years, and is still untreated. I was exposed to COVID without even knowing that I suffered with kidney disease/reduced renal function and the COVID infection I contracted consequent the FBOP's failure to test and quarantine newly-admitted holdover prisoners exacerbated my pre-existing kidney disease causing cross-over damage to my life-sustaining organs, muscles, and further damaging my genitourinary system. The failure to disclose and treat a serious medical condition such as mine violates the Eighth Amendment to the United States Constitution.

7. I seek five-hundred million ($500,000,000) dollars for the loss of renal function, pain, suffering, loss of function in other life-sustaining organs, related symptoms such as muscle twitching/cramping, insomnia, loss of appetite, loss of taste and smell, reduced quality of life, compromised diet, and reduced lifespan.

8. WHEREFORE, I pray this Honorable Court order the United States to pay me five-hundred million ($500,000,000) dollars for the above reasons because I have suffered a loss to my quality of life, length of life, and suffered, and will so suffer for the rest of my natural life. Ultimately, I will need a kidney donor to live. These things could have all been pre-empted had the FBOP disclosed my kidney disease/reduced renal function, treated it and my symptoms, and protected me from COVID infection.

3

THE FOREGOING FACTS ARE SWORN UNDER PENALTY OF PERJURY THIS 17th DAY OF AUGUST, 2021.

X: _____
        Joshua G. Stegemann
        Reg. No.: 20552-052
        FCI-Ray Brook, P.O. Box 900
        Ray Brook, NY 12977

4