UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSHUA G. STEGEMANN,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　Plaintiff,　　　　 )　　　　No.:　9:21-cv-949 (MAD/ML)
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )　　　　C O M P L A I N T
　　v.　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
UNITED STATES OF AMERICA, and　　　　　 )
PAMELA C. PEDERSEN,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　 )　　　　JURY TRIAL DEMAND
　　　　　　　　　　　Defendants.　 )

## INTRODUCTION

1.  This is a lawsuit pursuant the Federal Tort Claims Act (FTCA) and Bivens v. Six Unknown Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971) (Bivens), sounding in negligence, medical malpractice, and deliberate indifference, and seeking five-hundred million ($500,000,000) dollars for loss of renal function, impaired renal function, damage to my genitourinary system, pain and suffering, and reduced lifespan and diminished quality of life.

## JURISDICTION

2.  This Court has jurisdiction over this lawsuit pursuant 28 U.S.C. §§ 1346(b)(1), 1391(e), 2679.

## EXHAUSTION OF REMEDIES

3.  The FTCA provides that a claim against a Federal agency, its servants, and employees be filed within two (2) years of the claim's accrual. Once filed, the claim may be resolved by the defendant within six (6) months. If the claim is not resolved within that time period or if it is denied before expiration of that time period, the claimant may file a lawsuit in court. A claim may be amended while pending; but, once denied, no further amendments are cognizable.

1

4. On December 29, 2020 I filed my initial claim with the Federal Bureau of Prisons (FBOP). I filed an amended claim on May 7, 2021, and another amended claim on July 6, 2021. Additionally, I submitted two (2) BP9 requests for administrative remedy to Unit Manager Rivera at FCI-Ray Brook (Attached as Appendix Pgs. 1 and 2) Unit Manager Rivera claims to have submitted the BP9s to the FCI-Ray Brook Administrative Remedy Coordinator, but the Administrative Remedy Coordinator claims the BP9s were not received by her office (see Appendix Pg. 3). I submitted a BP10 request for administrative remedy notifying the FBOP's Regional Office of this matter. (Appendix Pg. 4) And I submitted a BP11 request for administrative remedy notifying the FBOP's Central Office of this matter. (see Appendix Pg. 5) Additionally, I notified the FBOP's Regional Counsel, Darrin Howard, of my intent to initiate a Bivens lawsuit and pointed-out to Attorney Howard therein that per the FBOP's Administrative Remedy Program: "Excluded Matters, BOP Rules & Regulations, 67 Fed. Reg. 50804-01, 2002 WL 1789480 (Aug. 6, 2020): ("[I]f an inmate raises an issue in a request or appeal [such as a claim for monetary relief] that cannot be resolved through the Administrative Remedy program, [the BOP] will refer the inmate to the appropriate stautorily-mandated procedures.")" Thus, I have exhausted all available administrative remedies to the extent same have not been thwarted at every level. (see Appendix Pgs. 6-9)

5. My FTCA claims were denied by Attorney Howard on August 13, 2021.

## THE OPERATIVE FACTS

6. Pamela Pedersen is a doctor employed by the FBOP and posted at FCI-Berlin.  In 2017 Dr. Pedersen discovered that I had a severely diminished eGFR and elevated creatinine level, which indicates kidney disease and reduced kidney function.  However, Dr. Pedersen did not notify me of these things and neglected to disclose this serious medical condition.  Over several years I complained to FBOP staff about painful symptoms in my genitourinary system, i.e., my penis, urethra, testacles, and bladder.  Nevertheless, these things remained undiagnosed and untreated and the diminished eGFR, elevated creatinine levels, and impaired kidney function remained undisclosed and untreated. The painful genitourinary system and bladder issues are common symptoms of kidney disease, but I was never told this, never received testing for kidney disease, and received no treatment for any of these things.

7.  In 2020, during the height of the COVID pandemic, I was moved from FCI-Berlin to FCI-Ray Brook on a quarantine-in/quarantine-out procedure. After providing a negative COVID test, I was placed into General Population at FCI-Ray Brook.  In Fall 2020 FCI-Ray Brook began housing hold-over prisoners in transitory confinement pending final placement within the FBOP.  Many of these prisoners came from local jails and holding facilities.  These prisoners were not tested for COVID nor were they properly quarantined and COVID infection tore through FCI-Ray Brook.  In December 2020 I was infected with COVID and suffered excruciating headaches and muscle spasms/pain.  I lost and have not regained my sense of taste and smell.  I was moved into a quarantine cellblock teeming with other COVID victims.  Staff told me that if I reported symptoms or otherwise complained I would be left in the quarantine cellblock indefinitely. Prisoners in the quarantine cellblock were only let out of their cells for 20 minutes every other day and fed undersized portions consisting of peanutbutter,

boiled eggs, and 2 slices of bread.  It was very cold in quarantine.

8.  In March 2021 the genitourinary system pain I had been experiencing became worse and was accompanied by severe abdominal pain.  I reported this to staff and was told to "force" water and purchase over-the-counter medication from the prison commissary.  This did not alleviate the pain and I persisted in my complaints to staff.  After I complained more my blood was drawn and tested and staff reported to me that I had an eGFR of 55 and elevated creatinine and BUN nitrogen levels and that back in 2017 Dr. Pedersen had discovered that I had an eGFR of 59 and elevated creatinine levels but I was never told about it nor treated.  Staff explained that this means my kidneys are damaged and not working properly and that my kidney function was diminished.  I continued to suffer from painful symptoms in my genitourinary system, including an inability to urinate properly, excessive urination, pain in my penis, urethra, kidneys, and abdomen and severe muscle cramping/twitching.  My quality of life is significantly diminished and my lifespan is reduced.  My genitourinary system pain and painful urination went undiagnosed and untreated for many years.  The FBOP and Dr. Pedersen were aware of my kidney disease and reduced kidney function back in 2017 but did not disclose same to me until after I became infected with COVID and had suffered for years. I was infected with COVID and exposed to COVID infection without ever having been informed of my kidney disease and because the FBOP failed to properly test and quarantine the hold-over prisoners it housed at Ray Brook I contracted COVID and that COVID infection exacerbated my kidney disease causing additional cross-over damage to my life-sustaining organs, muscles, and further damaged my genitourinary system.  The FBOP's and Dr. Pedersen's failure to disclose and treat my damaged kidneys and the FBOP's botched COVID precautions thus causing

4

me pain, suffering, irreversible damage to my body, and diminished qaulity of life and reduced lifespan is negligent, constitutes medical malpractice, and insofar as Dr. Pedersen's failure to disclose and treat my kidney disease, is a deprivation of my Eighth Amendment right as set forth in the United States Constitution.  Kidney disease is a serious medical condition that ends only with kidney transplant or death. It causes exceedingly painful and debilitating symptoms and health complications, and ultimately death.  Dr. Pedersen knew and disregarded these things.  She was aware of my drastically reduced eGFR back in 2017, aware that my creatinine levels were heightened at that time as well, and knew or should have known that these things meant my kidneys were damaged and diseased.  She did nothing to treat this and did not disclose any of it to me. Dr. Pedersen was deliberately indifferent to my serious medical needs, failed to disclose and treat my serious medical condition, and thus violated my Eighth Amendment right to be free from cruel and unusual punishment and infliction of bodily damage and pain.

9. In addition to the exacerbated kidney damage, pain, and suffering caused by the FBOP's negligence in exposing me to COVID and causing my COVID infection itself, I also suffer from COVID longhaulers syndrome which  causes lethargy, mental fog, labored breathing, and continued loss of taste and smell and muscular problems, like twitching, spasms, and pain.

10. Dr. Pedersen's and the FBOP's failure to disclose my kidney disease precluded and prevented me from making an informed choice about receiving the Moderna COVID vaccine, which also caused me pain, hurt my kidneys, and has heightened the COVID longhauler symptoms I suffer with.  I am unable to eat many foods, my kidneys are not properly cleansing my blood of impurities, I cannot sleep through the night, my sense of taste, smell, and hearing are damaged, I suffer from muscle cramps/twitching/spasms/pain, my appetite is

diminished, my diet is compromised, my lifesustaining organs have suffered cross-over damage, my quality of life is diminished, and my lifespan is reduced. Ultimately, I will need a compatible kidney donor to live. These things all could have been prevented had the FBOP and Dr. Pedersen disclosed and treated my kidney disease when first becoming aware of it and protected me from COVID infection.

11.    WHEREFORE, I seek five-hundred million ($500,000,000) dollars as compensation for the above harms caused to me by the FBOP and Dr. Pedersen.

December 7, 2021

THE FOREGOING IS SWORN UNDER PENALTY OF PERJURY THIS 7th DAY OF DECEMBER, 2021.

X: _Joshua G. Stegemann_
Joshua G. Stegemann
Reg. No.: 20552-052
FCI-Ray Brook, P.O. Box 900
Ray Brook, NY 12977

6

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STEGEMANN, JOSHUA G.            20552-052            DELAWARE B          FCI-RAY BROOK
        LAST NAME, FIRST, MIDDLE INITIAL                    REG. NO.                UNIT                INSTITUTION

**Part A- INMATE REQUEST** Per 28 C.F.R. § 542.13(b) the failure of FCI-Berlin resident doctor Pamela Pedersen to notify me that I suffer from kidney disease/reduced renal function back in February 2017 thus preventing me from treating it until Kimberly Sorrell, ANP here at FCI-Ray Brook, notified me that I have suffered with kidney disease/reduced renal function since Dr. Pedersen first diagnosed it back in February 2017 may not be informally resolved. Accordingly, per 28 C.F.R. § 542.13(b) I request monetary compensation in the sum certain amount of $500,000,000 for the irreversible damage caused to my life-sustaining organs by Dr. Pedersen's failure to disclose a serious medical condition, i.e., kidney disease/reduced renal function. Alternatively, I request the FBOP join my pending motion for immediate release in United States v. Stegemann (Case No.: 1:13-cr-357, Dkt. Nos. 306, 307 NDNY) Here are the facts In February 2017 Dr. Pedersen became aware I suffer from kidney disease/reduced renal function but she did not disclose this diagnosis to me nor did she notify her fellow FBOP medical staff Kidney disease progresses unsymptomatic and irreversible until symptoms such as severe muscle cramping/twitching, loss of sensation, lethargy, and other complications manifest. Lost renal function cannot be regained, however, early diagnosis and treatment slows progression and facilitates remission. Had Dr. Pedersen informed me of my kidney disease/reduced renal function I could have treated it. Now, after being infected with COVID, painful and debilitating symptoms have manifested, e.g., severe muscle cramping/twitching, loss of sensation in my limbs, loss of taste, severe deep right-ear pain, inability to urinate properly and loss of appetite/insomnia.    /s/ Joshua G. Stegemann

6/24/21
        DATE                                                                        SIGNATURE OF REQUESTER

**Part B- RESPONSE**

APPENDIX PJ.1

_____                              _____
        DATE                                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

U.S. DEPARTMENT OF JUSTICE                    REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit far copies. Additional instructions on reverse.*

From: __STEGEMANN, JOSHUA G.__     __20552-052__    __DELAWARE B__    __FCI-RAY BROOK__
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

Part A- INMATE REQUEST Per 28 C.F.R. § 542.13(b) the failure of FCI-Berlin resident doctor Pamela Pedersen to disclose and notify that I suffer from kidney disease/reduced renal function back in February 2017 thus preventing me from treating same until Kimberlly Sorrell, ANP here at FCI-Ray Brook disclosed my kidney disease / reduced renal function and that I had suffered with same since being in Dr. Pedersen's care back in February 2017 when Pedersen first identified my diagnosis without disclosing it to me is not able to be resolved via informal (BP8) process. Therefore, in accordance with 28 C.F.R. § 542.13(b) I request monetary compensation in the sum certain amount of five-hundred million ($500,000,000) dollars for irreversible damage caused to my life-sustaining organs by Dr. Pedersen's failure to disclose a serious medical condition, i.e., reduced renal function/kidney disease. Alternatively, I request the FBOP join my pending motion for compassionate release i/c/o United States v. Stegemann, N.D.N.Y. Case No. 1:13-CR-357 (GLS) Dkt. Nos. 306, 307. Dr. Pedersen learned of my reduced renal function/kidney disease back in February 2017 but never disclosed same to me. Over the years, the symptoms I was suffering with e.g., genitourinary system pain and an inability to urinate without pain and discomfort, have progressed without diagnosis nor treatment. These symptoms are associated with reduced renal function. And I've lived with them for years without treatment or diagnosis. After being infected with COVID, my kidney disease symptoms were exacerbated to include severe muscle cramping and twitching, amongst other things. Moreover, the failure to disclose my kidney disease prevented me from making an informed decision about introducing the Moderna vaccine into my system. I still suffer. /s/ Joshua G. Stegemann

__8/17/21__ DATE        SIGNATURE, REQUESTER

Part B- RESPONSE

APPENDIX PS·2

_____ DATE           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE         CASE NUMBER: _____

                         CASE NUMBER: _____

Part C- RECEIPT

Return to: _____    _____    _____    _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE            RECIPIENT'S SIGNATURE (STAFF MEMBER)     BP-229(13)

TRULINCS 20552052 - STEGEMANN, JOSHUA - Unit: RBK-D-B

--------------------------------------------------------------------------------------------------------

FROM: 20552052
TO: Warden
SUBJECT: ***Request to Staff*** STEGEMANN, JOSHUA, Reg# 20552052, RBK-D-B
DATE: 11/03/2021 12:37:49 PM

To: Ms. Ashline/Admin. Remedy Coordinator
Inmate Work Assignment: REC

Unit Manager Rivera. Thank you.
-----Warden on 11/3/2021 10:07 AM wrote:

>
Who did you submit your claims to? I will follow-up with them and then advise you how to proceed.

>>> ~^!"STEGEMANN, ~^!JOSHUA" <20552052@inmatemessage.com> 10/28/2021 3:02 PM >>>
To: Ms. Ashline/Admin. Remedy Coordinator
Inmate Work Assignment: REC

Have you any suggestion on how to proceed?
-----Warden on 10/28/2021 8:27 AM wrote:

>
Neither of those BP-9's were received.

>>> ~^!"STEGEMANN, ~^!JOSHUA" <20552052@inmatemessage.com> 10/27/2021 12:58 PM >>>
To: Ms. Ashline/Admin. Remedy Coordinator
Inmate Work Assignment: REC

The first was submitted 6/24/21; then, the second was submitted 8/17/21 (I have copies). Both addressed the same issue.
-----Warden on 10/27/2021 10:17 AM wrote:

>
The BP-9's were not received by this office and therefore, do not have a remedy ID assigned. You would have received a receipt or a rejection notice if it was processed. When did you submit the BP-9 you are referring to?

>>> ~^!"STEGEMANN, ~^!JOSHUA" <20552052@inmatemessage.com> 10/26/2021 7:54 PM >>>
To: Ms. Ashline/Admin. Remedy Coordinator
Inmate Work Assignment: REC

Ms. Ashline/Admin. Remedy Coordinator:

I submitted two (2) BP9 Admin. Remedy Requests, neither was answered. Then I submitted BP10 and BP11 Admin. Remedy requests; both the Regional Office (BP10) and the Central Office (BP11) are requesting the Admin. Remedy number(s) assigned to the BP9s I filed. Please forward me the Admin. Remedy numbers assigned to my BP9s -- these are the only BP9s I filed here at FCI-Ray Brook and both involve an issue that began at FCI-Berlin several years ago. -- Thank you

APPENDIX P3.3

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: STEGEMANN, JOSHUA G. | #20552-052 | DELAWARE B | FCI-RAY BROOK |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** Attached is the BP-9 I filed back on June 24, 2021 regarding FCI-Berlin resident doctor Pamela Pedersen's failure to advise me of a kidney disease diagnosis back in February of 2017 thus allowing it to go untreated for more than 4 years until FCI-Ray Brook APN Kimberley Sorrel informed me of the diagnosis in May 2021. (See Attached BP-9) The BP-9 has not been answered as required by 28 C.F.R. § 542.18; therefore I request this office resolve my request for monetary compensation in the sum certain amount of $500,000,000 dollars for the irreversible damage done to my life-sustaining organs by Dr. Pedersen's failure to disclose a serious medical condition, i.e., kidney disease/reduced renal function.

Alternatively, I request the FBOP join my pending motion for immediate release i/c/o United States v. Stegemann, Case No.: 1:13-cr-357 (GLS), Dkt. Nos. 306-307 (N.D.N.Y.)

Dr. Pedersen became aware I suffer from kidney disease/reduced renal function back in February 2017 yet she did not disclose this diagnosis to me. Over the years, my kidney function has continued to decline and I have suffered a variety of cross-over complications and painful, debilitating, symptoms. Ultimately, FCI-Ray Brook exposed me to COVID infection back in December, and I suffered through the COVID infection without being told I have kidney disease/reduced renal function. Additionally, I was unable to make an informed decision about allowing the introduction of the Moderna vaccine into my already-compromised system because I was not informed of my kidney disease until I reported painful symptoms to ANP Sorrell, which I am still suffering with.

(7/28/21) _____ DATE

/s/ Joshua G. Stegemann _____ SIGNATURE OF REQUESTER

**Part B - RESPONSE**

APPENDIX PG. 4

| DATE | | REGIONAL DIRECTOR |
|---|---|---|

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

DATE

U.S. Department of Justice    Case 9:21-cv-00949-MAD-ML    Document 1 Filed 12/09/21    Page 11 of 15    Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __STEGEMANN, JOSHUA G.__    __20552-052__    __DELAWARE B__    __FCI-RAY BROOK__
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.            UNIT            INSTITUTION

Part A - REASON FOR APPEAL  Per 28 C.F.R. 542.18, neither the warden (BP-9) nor the regional director (BP-10) has responded to my administrative remedy request vis-a-vis the failure of FCI-Berlin resident doctor Pamela Pedersen to disclose to me that I suffer from reduced renal function/kidney disease. Dr. Pedersen became aware that I suffer from reduced renal function/kidney disease back in February 2017 but she never disclosed this serious medical diagnosis to me. I reported painful genitourinary system pain to Dr. Pedersen on several occassions. Genitourinary system pain and difficulty urinating is a symptom of reduced renal function/kidney diseases. Still, Dr. Pedersen did not disclose the diagnosis and my kidney disease progressed untreated while I suffered painful symptoms. Ultimately, the FBOP exposed me to COVID through negligent testing/quaranteening procedures and this exacerbated my kidney disease causing more severe and acutely painful symptoms. I was also precluded from making an informed decision about whether to expose myself to the Moderna vaccine due to failure to disclose and treat the kidney disease diagnosis. In the Spring of 2021 FCI-Ray Brook health services staff revealed the kidney disease diagnosis, albeit belatedly. I request the sum certain of $500,000,000 dollars for the pain, suffering, and irreversible damage caused to my lifesustaining organs by the failure to disclose and treat my reduced renal function/kidney disease. Alternatively, I request the FBOP join my pending 18 U.S.C. § 3582(c)(1)(A) motion i/c/o U.S. v. Stegemann (Case No.: 1:13-CR-357, Dkt. Nos. 306, 307 N.D.N.Y.)

9/3/21
DATE                                    /s/Joshua G. Stegemann
                                        SIGNATURE OF REQUESTER

BP9 & BP10 ATTACHED HEREON

Part B - RESPONSE

RECEIVED

SEP 14 2021

Administrative Remedy Section
Federal Bureau of Prisons

APPENDIX PJ.5

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 1093171

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____    _____    _____    _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

DATE                            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

JOSHUA G. STEGEMANN
REG. NO.: 20552-052
FCI-RAY BROOK, P.O. BOX 900
RAY BROOK, NY 12977

June 17, 2021

Darrin Howard, Regional Counsel
Federal Bureau of Prisons
Northeast Regional Office, Room 701
U.S. Custom House, 7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

RE: Exhaustion of Administrative Remedies on Bivens Claim
    Reference: TRT-NER-2021-05401; TRT-NER-2021-03094

Dear Attorney Howard,

    This is Notice that I am exhausting any available administrative remedies to the end of initiating a Bivens action for deliberate indifference to serious medical needs. The lawsuit will seek compensatory and punitive damages in the amount of $500,000,000 for witholding a serious medical diagnosis and thus causing irreversible damage to my life-sustaining organs. The facts are clear. Pamela Pederson, a doctor in the employ of the FBOP became aware that I suffered kidney injury/disease back in 2017 while I was confined at FCI-Berlin. Dr. Pederson never disclosed this diagnosis to me thus preventing any treatment of the condition for several years. In that time the condition progressed, untreated and unbeknownst to me. Earlier this Spring, I reported painful symptoms to medical staff here at FCI-Ray Brook and was informed that my renal function was greatly diminished. At that time medical staff informed me that this was a condition that had been originally identified by Dr. Pederson back in 2017, I just was not informed. The kidney disease has been amplified by the COVID infection on which the above torts are based. Kidney disease is irreversible. It is treated by dietary and lifestyle changes and can be slowed, and can even go into remission. But, lost kidney function cannot be regained. Dr. Pederson's deliberate indifference and the FBOP's negligence and deliberate indifference in exposing me to COVID has cost me something that cannot be replaced, i.e., full and complete function of my own kidneys. When a claim for money damages is brought by a prisoner, the Administrative Remedy program is not the proper course; rather, exhaustion of remedies is served by this notice. See Administrative Remedy Program: Excluded Matters, BOP Rules & Regulations, 67 Fed. Reg. 50804-01, 2002 WL 1789480 (Aug. 6, 2020) ("[I]f an inmate raises an issue in a request or appeal [such as a claim for monetary relief] that cannot be resolved through the Administrative Remedy program, [the BOP] will refer the inmate to the appropriate statutorily-mandated procedures.")

1

**APPENDIX Pgs. 6**

Accordingly, I hereby notify you of my intent to initiate the <u>Bivens</u> lawsuit alongside the above-enumerated tort claims.

If the FBOP joins my pending motion for immediate release pursuant 18 U.S.C. § 3582(c)(1)(A)(i) i/c/o <u>United States v. Joshua G. Stegemann</u> (No.: 1:13-cr-357-GLS, Dkt. Nos. 306, 307) thus freeing me to enjoy what quality of life I can with my family while I am able, I will sign a release absolving Dr. Pederson, the FBOP, the United States of America, and its servants, employees, and contractors from any liability arising from the above facts.

Thank you.

Very Truly Yours,

Joshua G. Stegemann

APPENDIX PJ·7

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 7, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : JOSHUA STEGEMANN, 20552-052
      RAY BROOK FCI    UNT: DEL    QTR: D07-246L
      P.O. BOX 300
      RAY BROOK,  NY 12977


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1093179-R1      REGIONAL APPEAL
DATE RECEIVED   : JULY 29, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                AT THIS LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : IF THE WARDEN ACCEPTED YOUR APPEAL AND DID NOT
                ANSWER IT, YOU MUST PROVIDE THE REMEDY ID IT WAS
                ASSIGNED.

APPENDIX PS. 8

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 27, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSHUA STEGEMANN, 20552-052
      RAY BROOK FCI    UNT: DEL    QTR: D07-246L
      P.O. BOX 300
      RAY BROOK,  NY 12977

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1093179-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : SEPTEMBER 14, 2021
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

APPENDIX PS. 9